■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH DIXON, Appellant. — Judgment, Supreme Court, Bronx County, rendered on April 26, 1979, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur — Kupferman, J. P., Sullivan, Carro, Markewich and Lupiano, JJ.